IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| C.B. and A.B., Parents, Individually and on Behalf of G.B., Student | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) ) | Cause No. 2:26-cv-165 |
| School Town of Munster, | ) ) ) | |
| Respondent. | ) | |

## **COMPLAINT**

COMES NOW, C.B. and A.B. as Parents, Individually and on Behalf of G.B., Student ("Petitioners") and does hereby bring this action against Defendant school corporation School Town of Munster (hereinafter "Munster") to appeal the decision of the administrative hearing officer in Administrative Case Number DOE-2509-004289.

## **INTRODUCTION**

1.  This action is brought pursuant to the Individuals with Disabilities Education Act (IDEA) and Article 7. This action is an appeal from an administrative due-process hearing.

2.  C.B., A.B., and G.B. live in Lake County, Indiana. The School Town of Munster is incorporated in Lake County, Indiana.

3.  G.B., the student, is a qualified individual with a disability and attends school at Hyde Park Day School ("HPDS") in Chicago, Illinois.

1

4. The School Town of Munster is an Indiana public school corporation that receives federal funding for the education of students with disabilities and other services.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this case pursuant to 34 CFR 300.514(b), 20 U.S.C. 1415 (g) and (h), and 511 IAC 7-45-9.

6. This Court, without regard to the amount in controversy, has jurisdiction over the Plaintiffs' request pursuant to federal statutes and Indiana statutes.

7. Venue is proper in the Northern District of Indiana, Hammond Division, because all of the actions took place in Lake County. Additionally, the parties lived, resided, or were incorporated in Lake County, Indiana, when all the relevant action took place.

## PARTIES

8. C.B. and A.B. live in Lake County, Indiana and G.B. has legal residence within the School Town Munster school boundaries.

9. G.B. is a qualified individual with a disability and his mother is C.B. and his father A.B.

10. School Town of Munster is a public school corporation in Lake County, Indiana, and is located at 8616 Columbia Avenue, Munster, IN 46321.

## **FACTS APPLICABLE TO ALL COUNTS**

11.     Plaintiffs incorporate by reference all other allegations as if fully set forth here.

12.     G.B. is a student diagnosed with dyslexia and attention deficit hyperactivity disorder ("ADHD.")

13.     On September 17, 2025, Petitioners filed a request for a due process hearing under the IDEA to appeal that decision.

14.     A due process hearing lasting six and a half (6.5) days commenced on February 26, 2026, and concluded on March 6, 2026.

15.     On March 17, 2026, Petitioners received notice of the hearing officer's decision, which was in favor of Munster. (Exhibit 1).

16.     The decision does not comport with case law interpreting the IDEA nor does it comport with the IDEA's requirement for G.B. to receive a free appropriate public education.

17.     Petitioners now timely appeal that decision.

### COUNT 1 – APPEAL OF THE DUE PROCESS HEARING DECISION

18.     Plaintiffs hereby replead and incorporate by reference paragraphs 1-17.

19.     The hearing officer's decision does not comport with the IDEA or cases interpreting it.

20.     Petitioners hereby appeal the decision.

### PRAYER FOR RELIEF

3

21.     Plaintiffs hereby incorporate by reference and replead all allegations set forth in paragraphs 1-21.

22.     Plaintiffs seek an appropriate individualized education plan for G.B.

23.     Plaintiffs seek reimbursement of the private evaluation they secured for G.B.

24.     Plaintiffs' attorneys' fees should be reimbursed.

CONCLUSION

WHEREFORE, for the foregoing reasons, Plaintiffs pray that this Court overturns the decision of the hearing officer and for all other relief deemed just.

Respectfully submitted,
CURLIN & CLAY LAW ASSN. OF ATTYS.,
        /s/ Alexandra M. Curlin

Alexandra M. Curlin  #24841-49
Curlin & Clay Law
8510 Evergreen Ave., Ste. 200
Indianapolis, IN 46240
amcurlin@curlinclaylaw.com