IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| C.B. and A.B., Parents, Individually and on Behalf of G.B., Student | ) ) ) |
| Petitioners, | ) ) |
| v. | ) Cause No.    2:26-cv-165 ) ) |
| School Town of Munster, | ) ) |
| Respondent. | ) |

**SUMMONS IN A CIVIL ACTION**

To:    School Town of Munster
8616 Columbia Avenue
Munster, IN 46321

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alexandra M. Curlin**
**CURLIN & CLAY LAW ASSOC. OF ATTYS.**
**8510 Evergreen Avenue**
**Indianapolis, IN 46240**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:_____

_____
*Signature of Clerk or Deputy Clerk*
Northern District of Indiana

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____
was received by me on (date) _____.

o   I personally served the summons on the individual at (place)_____
        on (date)_____ ; or

o   I left the summons at the individual's residence or usual place of abode with
    (name)_____, a person of suitable age and discretion
    who resides there, on (date)_____, and mailed a copy to the
    individual's last known address; or

o   I served the summons on (name of individual) _____, who
    is designated by law to accept service of process on behalf of (name of
    organization)_____on (date)_____; or

o   I returned the summons unexecuted because _____; or

o   Other (specify):


My fees are $_____ for travel and $ _____ for services, for a
total of $ _____.

I declare under penalty of perjury that this information is true.



Date: _____          _____
                                  Server's signature


                                  _____
                                  Printed name and title


                                  _____
                                  Server's address


Additional information regarding attempted service, etc: